UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WACHOVIA SBA LENDING, INC., a New
Jersey corporation, doing business as
Wachovia Small Business Capital,

Plaintiff,

v.

DONALD C. CHILL, an individual,

Defendant.

Case No. C07-5586 KLS

ORDER STRIKING MOTION TO
COMPEL

This matter comes before the court on the Defendant's Motion to Compel a response to Interrogatory No. 6. (Dkt. #19). The Plaintiff filed its response ( Dkt. #21 and 22) and the Defendant filed its Rejoinder (Dkt. #23).

This Court subsequently ordered the parties to confer, pursuant to Local Rule 37(a)(2)(A) and file a report regarding the results of that attorney conference. (Dkt. #24). It appears that counsel have both made a good faith effort to confer and resolve their discovery issues, the status of this motion is still unclear to the court. The latest report (Dkt. #27) states that the parties are attempting to resolve the litigation by "either holding this lawsuit in abeyance or dismissing it without prejudice." A request is then made to continue the date to on or about June 15, 2009.

This Court is striking the Defendant's Motion to Compel (Dkt. #19) and the Defendant is free to refile the motion. In order for the Court to consider continuing a trial date, a motion must be filed with the

1   reasons in support of the motion.

2         DATED this 30th day of May, 2008.

3

4

5         Karen L. Strombom
          United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Striking Motion to Compel
Page - 2