Ben Shafton, WSB #6280
bshafton@ccrslaw.com
Caron, Colven, Robison & Shafton
900 Washington Street, Suite 1000
Vancouver, WA 98660
Phone: (360) 699-3001
Fax: (360) 699-3012
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WACHOVIA SBA LENDING, INC., a New Jersey corporation, doing business as Wachovia Small Business Capital,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. CHILL, an individual,<br><br>Defendant. | Case No.: 3:07-CV-5586-KLS<br><br>STIPULATION AND ORDER FOR DISMISSAL |

COME NOW the parties, by and through their respective attorneys, and stipulate pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) that this matter be dismissed without prejudice and without costs or attorneys' fees to either party.

DATED this _____ day of _____, 2008.

_____  _____
JASON ALEXANDER, WSB #26865    BEN SHAFTON, WSB #6280
Of Attorneys for Plaintiff     Of Attorneys for Defendant
///

Page 1 of STIPULATION AND ORDER FOR DISMISSAL

CARON,
COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Suite 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

IT IS SO ORDERED, pursuant to the stipulation of the parties, that this matter be dismissed without prejudice and without costs or attorneys' fees to either party.

DATED this 11th day of August, 2008.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Suite 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012